**Order entered September 18, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00214-CR

**ANTHONY TERRENCE SMITH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-71255-V**

## ORDER

The Court **REINSTATES** the appeal.

On September 3, 2014, the Court ordered appellate counsel William Barr removed as counsel due to his failure to comply with this Court's order to file appellant's brief by August 18, 2014. The Court has not yet received the trial court's order appointing new counsel. The Court now has before it Mr. Barr's September 17, 2014 motion to rescind the order removing him as counsel and to accept the brief tendered on September 17, 2014.

We note that appellant's brief was originally due May 29, 2014, and the appeal had already been abated once for findings regarding why the brief had not been filed. The Court does not approve of Mr. Barr's failure to comply with this Court's orders or to follow the proper procedure for seeking an extension of time to file appellant's brief. Nevertheless, in the interest

of expediting the appeal, we **GRANT** the motion to reinstate William Barr and **VACATE** the September 3, 2014 order removing William Barr as appellant's attorney of record.

We **DIRECT** the Clerk to list William Barr as appellant's attorney of record.

We **GRANT** the extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/    CAROLYN WRIGHT
       CHIEF JUSTICE